## Case No. 15,245.

UNITED STATES v. GRAFTON.

[9 Hunt, Mer. Mag. 369.]

District Court, D. Massachusetts.

POST-OFFICE — LETTER POSTAGE — WRITING ON NEWSPAPERS.

The United States against S. G. Grafton, for writing his name on a copy of the Boston Atlas, directed by him to a gentleman in Louisville, Kentucky, and deposited in the Boston post-office. This was selected out of a hundred similar instances, as a test case, there being nothing but the bare name written on the paper, to indicate by whom it was sent, and thus intended to "convey an idea." By agreement of counsel, for the purpose of carrying the question up to the circuit court. SPRAGUE, District Judge, decided that the mere writing of a name on a paper was not a violation of the law; that it was not within the meaning and spirit of the prohibition.

According to arrangement. Mr. Dexter, for the United States, took exception to this opinion, and in this way the whole subject will be brought before the circuit court.

A. D. Parker, for defendant.